MA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Nathan Eric Matthews

**RECEIVED**

JAN 08 2016 EAG
1-8-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Officer Mosquera

Cook County municipality

Case (To

16-cv-0295
Judge Manish S. Shah
Magistrate Judge Geraldine Soat Brown
PC11

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Nathan eric Matthews

B. List all aliases: Deondre parker Nathan perkins

C. Prisoner identification number: M27644

D. Place of present confinement: cook county Jail

E. Address: 26th california p.o. Box 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Officer Mosquera

Title: cook county sheriff - officer in Jail

Place of Employment: cook county jail

B. Defendant: N/A

Title: N/A

Place of Employment: N/A

C. Defendant: N/A

Title: N/A

Place of Employment: N/A

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____N/A_____

    B. Approximate date of filing lawsuit: _____N/A_____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____N/A_____

    D. List all defendants: _____NA_____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____N/A_____

    G. Basic claim made: _____NA_____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____N/A_____

    I. Approximate date of disposition: _____NA_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

on 9/9/15 I had a alergic reaction due to me cousuming penutbutter. I notified officer Jackson who worked that unit which is Divison 9 3A He then notified the medical nurse. I was told I had to wait. Officer Jackson notified his sargent who worked that night He notified the surcurity movement officer which was (Officer Mosqera) several times trying to reach him. After officer Jackson called trying to reach officer Mosqera for 45 minutes. officer Mosqera arrived on the unit. Upon he arriving I asked him if was the movement officer he stated to me maybe maybe not I asked his name and wrote it down on a grievence. He got upset and told me now I have to wait. I explained to him that I was having a bad alergic reaction and that it was hard for me to breath and I need him to take me to get medical attention

4                                                                                     Revised 9/2007

He acted as if he didnt here me. I asked him if there was a problem. Officer Mosqera gave me a direct order to cuff up. I followed his first direct order. Officer Mosqera then very aggresivly grabed my left hand and arm to place hand cuff on my left hand cuffing very tight leaving marks in my left hand. He then grabed my Right hand and arm which was in a hard splint cast from my right hand to my right forearm He knowingly and intentional aggresivly grabbed my right hand and arm and twisted it Behind my back I told him he was causing me great amount of pain He continue to use assevive force. Officer Mosquera intentionally put a hand cuff around my right fore arm. And hand cuff is desniged for a hand not a fore arm. Officer Mosquera demonstrated abusive assesive force and curel and unusal punishment and violated my consitutional right

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am asking for 100,000.00 $ for each defendent plaintiff sues in their indiviuality for punitive damages as well in compensatory damages

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 12 day of 22, 20 15

_Nathan Matthews_
(Signature of plaintiff or plaintiffs)

Nathan Matthews
(Print name)

2015 0525174
(I.D. Number)

P.O. Box 089002 DIV 10 4-D
(Address)

6                                                                    Revised 9/2007